NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTWUAN BROWN,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D18-347
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed August 10, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Charles Sniffen, Judge.

Antwuan Brown, pro se.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and KELLY and MORRIS, JJ., Concur.